UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. #1:05CV01284 |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF SERVICE

I, Victor M. Glasberg, declare under penalty of perjury that I caused the summons and complaint in this case to be served on defendant, the District of Columbia, pursuant to Fed. R. Civ. Pro. 4(j)(2) and District of Columbia rule 4(j)(2), by mailing the summons and complaint to the Mayor of the District of Columbia and the Corporation Counsel of the District of Columbia, certified mail, return receipt requested, and that the attached return receipts, duly received by this office reflect, to the best of my knowledge, the signatures of persons in each office authorized to receive such process.

Dated: August 29, 2005

Shaw\Pleadings\DecSrvDC

_____
Victor M. Glasberg

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Counsel
   Office of the Corporation Counsel
   441 4th Street, Suite 1060N
   Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] Howard — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 7-19-05
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 2279 8972

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony Williams, Mayor
   John A. Wilson Building
   1350 Pennsylvania Avenue, NW
   Washington, D.C. 20004

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X M. Smith — ☐ Agent ☐ Addressee
B. Received by (Printed Name): DC Gov't
C. Date of Delivery: 7-15-2005
D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 2281 1930

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

Certificate of Service

    I, Victor M. Glasberg, hereby certify that a true and accurate copy of the foregoing Declaration of Service was mailed, first class, postage prepaid on this 29th day of August 2005, to:

> Corporation Counsel
> Office of the Corporation Counsel
> 441 4th Street, NW, Suite 1060N
> Washington, DC 20001

_____
Victor M. Glasberg