# Metropolitan Police Department — Incident-Based Event Report — Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

| Field | Value |
|---|---|
| 1. Type of Report | Incident |
| 2. Date and Time of Event — Start | 15 / 04 / [year] 14:50 |
| 2. Date and Time of Event — End | 15 / 04 / [year] 14:50 |
| 3. Date of Report | 15 / 04 / [year] |
| 4. Time of Report | 15:00 |
| 5. District | [marked] |
| 6. Sector | 02 |
| 7. Beat | [marked] |
| 8. Complaint Number | 020 20879 |

Month: Feb

**9. Event Location Address:** 61st AND Clay St NE — Inside of

**10. Report Received By:** Walk-in (circled) / Radio run

**11. Is Radio Run Location and Event Location the Same?** Yes

**12. Property Type:** Public

**13. EVENT NO. 1:** Stop AND Frisk

**14. EVENT NO. 2:** Sick person to Hospital

**15. EVENT NO. 3:** [blank]

**16. Forced Entry:** No

**19. Weather Conditions:** Clear

**20. Suspected Hate Crime:** None

**22. Location Type:** Commercial office building (marked)

**23. Designated Areas:** Street/Highway/Road

## PART II - VICTIM INFORMATION

### Complainant/Victim No. 1 (left)
- Name: [redacted]
- Victim Type: Individual
- Date of Birth: [redacted]
- Age Range: 18-65 yrs
- Sex: Male
- Home Phone: ( ) NONE
- Business Phone: ( ) NONE
- Race/Ethnicity: Black
- Home Address: [redacted] — DC Resident
- Business Address/School: NONE
- Occupation: NONE
- Is Event Related to Occupation? No
- Additional Means to Contact: [blank]

### Complainant/Victim No. 1 (right)
- Name: [redacted]
- Victim Type: Individual
- Date of Birth: [redacted]
- Age Range: 18-65 yrs
- Sex: Male
- Home Phone: [redacted]
- Business Phone: ( ) NONE
- Race/Ethnicity: Black
- Home Address: [redacted] — DC Resident
- Business Address/School: NONE
- Occupation: NONE
- Is Event Related to Occupation? No

**52. Status:** [Mark one] Open / Closed / Closed by arrest / Unfounded / Suspended — attach PD-251

**53. Reviewer:** [signature]

**54. Distribution:** [blank]

PAGE 1

| 55 | IS VICTIM #1 THE REPORTING PERSON? IF NO ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON<br>○ Yes  ○ No | Name: Davis, K #4265<br>Address: 4-D | Phone-Area Code: |
|---|---|---|---|
| 56 | DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?<br>○ Yes  ● No | 56A WAS PD FORM 378A ISSUED?<br>○ Yes  ● No | 57 IS CPO/TPO OUTSTANDING?<br>○ Yes  ● No  ○ Unknown | IF YES, ENTER CPO/TPO #: |

| 58 | INJURIES | Use the following codes to describe injuries. (Mark all that apply) | N = None Visible<br>M = Apparent Minor Injury<br>B = Apparent Broken Bones | O = Other Major Injury<br>I = Possible Internal Injury<br>G = Gunshot | L = Severe Laceration<br>T = Loss of Teeth<br>U = Unconscious |

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim  ● Suspect | ①②③④⑤  ⑥⑦⑧⑨ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ  Ⓖ Ⓛ Ⓣ Ⓤ | Small wind pipe | Greater South East | DCFD | ● Yes  ○ No | 27 | ○ Admitted  ● Released |
| ○ Victim  ○ Suspect | ①②③④⑤  ⑥⑦⑧⑨ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ  Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes  ○ No | | ○ Admitted  ○ Released |
| ○ Victim  ○ Suspect | ①②③④⑤  ⑥⑦⑧⑨ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ  Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes  ○ No | | ○ Admitted  ○ Released |
| ○ Victim  ○ Suspect | ①②③④⑤  ⑥⑦⑧⑨ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ  Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes  ○ No | | ○ Admitted  ○ Released |

**PART III - PROPERTY**

| 59 | Codes | S = Stolen  E = Evidence  R = Recovered  F = Found | I = Impounded  V = Vehicle from which theft occurred  D = Alleged drug type | L = Lost  P = Suspected proceeds of crime  O = Other | a. Property Book & Page No. | b. Location of Property Book |

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 60 | VEHICLE INFORMATION | Vehicle operated/used by: ○ Victim  ○ Suspect  ○ Victim's vehicle taken by suspect |
|---|---|---|

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**PART IV - SUSPECT/MISSING PERSON INFORMATION** (Use narrative if additional space is needed.)

| 61 #1 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect  ○ Missing | ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic | ○ Unknown  ○ Other  ○ Male  ○ Female  ○ Unknown | | | | | |
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Use<br>○ Alcohol  ○ Drug<br>○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| ○ Handgun  ○ Revolver  ○ Rifle | ○ Shotgun  ○ Semi-automatic  ○ Automatic | ○ Other firearm | ○ Cutting instrument  ○ Blunt object  ○ Motor vehicle | ○ Hands/Feet/Teeth  ○ None  ○ Unknown | ○ Other (specify) | | | | |

| 62 #2 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect  ○ Missing | ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic | ○ Unknown  ○ Other  ○ Male  ○ Female  ○ Unknown | | | | | |
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Use<br>○ Alcohol  ○ Drug<br>○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| ○ Handgun  ○ Revolver  ○ Rifle | ○ Shotgun  ○ Semi-automatic  ○ Automatic | ○ Other firearm | ○ Cutting instrument  ○ Blunt object  ○ Motor vehicle | ○ Hands/Feet/Teeth  ○ None  ○ Unknown | ○ Other (specify) | | | | |

| 63 #3 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect  ○ Missing | ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic | ○ Unknown  ○ Other  ○ Male  ○ Female  ○ Unknown | | | | | |
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Use<br>○ Alcohol  ○ Drug<br>○ Computer |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| ○ Handgun  ○ Revolver  ○ Rifle | ○ Shotgun  ○ Semi-automatic  ○ Automatic | ○ Other | ○ Cutting instrument  ○ Blunt object  ○ Motor vehicle | ○ Hands/Feet/Teeth  ○ Non  ○ Unknown | ○ Other (specify) | | | | |

*Value of vehicles to be entered by Information Processing section.    CCN 020-879    PAGE

**PART V - MISSING PERSONS**

| 64 | PROBABLE CAUSE OF ABSENCE AND DESTINATION: | 65 | COMPLAINT NUMBER |

Complaint Number: 020879

IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: 66 | CLASSIFICATION 67 | CLASSIFIED BY: 68
- Critical
- Non-critical

| 69 | PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 | NAME OF PARENT/GUARDIAN |

| 72 | ADDRESS OF PARENT/GUARDIAN | 73 | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 | MISSING PERSON SECTION NOTIFIED (Name) |

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

78  C-5 [redacted] / DOB [redacted] / ADDRESS [redacted]
    Phone Number ([redacted])

75  C-1 thru C-5 were stopped and detained in reference
    to a possible car jacking.
    R-1 reported seeing C-1 thru C-5 enter and exit
    out of 2 vehicles near the intersection of 62ND
    and Clay St NE.
    While being detained C-4 complained of shortness
    of breath, stateing that he has a small wind pipe
    C-4 was trasported to Greater SE Hospital where
    he was treated and released.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT 60 | 81 OTHER POLICE AGENCY | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEM |

Other police agency:
- USC?
- USS?
- METRO TRANSIT
- OTHER

PAGE

**PART VI - ADDITIONAL INFORMATION** (Use PD Form 251-C for additional victims or suspects.)

### Complainant/Victim No. 1 (left)

- NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1: [redacted]
- RELATED TO EVENT NO(S): circled 1,2,3,4,5,6,7,8,9,10
- VICTIM TYPE: ● Individual
- DATE OF BIRTH: [redacted]
- AGE RANGE: ● 18-65 yrs
- SEX: ● Male
- HOME PHONE: [redacted]
- BUSINESS PHONE: ( ) NONE
- RACE/ETHNICITY: ● Black
- HOME ADDRESS: ● DC Resident — [redacted]
- BUSINESS ADDRESS/SCHOOL: None
- OCCUPATION: None
- IS EVENT RELATED TO OCCUPATION? ● No

### Complainant/Victim No. 1 (right)

- NAME: DACION, Shawn
- RELATED TO EVENT NO(S): circled 1,2,3,4,5,6,7,8,9,10
- VICTIM TYPE: ● Individual
- DATE OF BIRTH: [redacted]
- AGE RANGE: ● 18-65 yrs
- SEX: ● Male
- HOME PHONE: [redacted]
- BUSINESS PHONE: ( ) NONE
- RACE/ETHNICITY: ● Black
- HOME ADDRESS: ● Non-DC Resident — [redacted]
- BUSINESS ADDRESS/SCHOOL: [redacted]
- OCCUPATION: Roofer
- IS EVENT RELATED TO OCCUPATION? ● No

### Suspect/Missing #1, #2, #3 sections

(Blank — no data filled in for suspect race, sex, age, height, weight, eyes, hair, complexion, scars, mustache, facial hair, hat, coat/jacket, pants, blouse/shirt, alcohol/drugs/computer, firearm, weapons, color, make, model, caliber.)

CCN: 020-874

PAGE 4

# Metropolitan Police Department — Incident-Based Event Report — Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

| Field | Value |
|---|---|
| Type of Report | Incident |
| Start Date | 1/5/04 |
| Start Time | 12:50 |
| End Date | 1/5/04 |
| End Time | 12:52 |
| Date of Report | 1/5/04 |
| Time of Report | 14:00 |
| District | 5 |
| Sector | 09 |
| Beat | 02 |
| Complaint Number | 0817 |

**Event Location Address:** 1601 MARYLAND AVE. NE — In front of

**Report Received By:** Radio run
**Is Radio Run Location and Event Location the Same?:** Yes
**Property Type:** Public

**Event No. 1:** 0706 — THEFT-1 STOLEN AUTO

**Forced Entry:** Yes
**Point of Entry:** DRIVER SIDE DOOR
**Method Used:** STEALTH
**Tools Used:** UNK
**Weather Conditions:** Clear

**Suspected Hate Crime:** None
**Security System:** Not applicable
**Location Type:** Street/Highway/Road
**Designated Areas:** Victim's vehicle

## PART II - VICTIM INFORMATION

**Name of Complainant/Victim/Missing Person No. 1:** [redacted]
**Related to Event No(s):** 1
**Victim Type:** Individual
**Date of Birth:** [redacted]
**Age Range:** 18-65 yrs.
**Sex:** Female
**Home Phone:** [redacted]
**Business Phone:** [redacted]
**Race/Ethnicity:** [redacted]
**Home Address:** [redacted] — DC Resident
**Business Address/School:** SAME AS HOME
**Occupation:** [redacted]
**Is Event Related to Occupation:** Unknown
**Additional Means to Contact Complainant/Victim No. 1:** cell [redacted]

**Status:** Open

| 55 | IS VICTIM #1 THE REPORTING PERSON? IF NO. ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON ◉ Yes ○ No | Name: _____ Address: _____ | Phone-Area Code: _____ |
|---|---|---|---|

| 56 | DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ○ Yes ◉ No | 56A | WAS PD FORM 378A ISSUED? ○ Yes ◉ No | 57 | IS CPO/TPO OUTSTANDING? ○ Yes ○ No ○ Unknown | IF YES, ENTER CPO/TPO #: |

| 58 | INJURIES | Use the following codes to describe injuries. (Mark all that apply) | N = None Visible  M = Apparent Minor Injury  B = Apparent Broken Bones | O = Other Major Injury  I = Possible Internal Injury  G = Gunshot | L = Severe Laceration  T = Loss of Teeth  U = Unconscious |

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ①②③④⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥⑦⑧⑨ | G L T U | | | | | | |
| ○ Victim | ①②③④⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥⑦⑧⑨ | G L T U | N/A | | | | | |
| ○ Victim | ①②③④⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥⑦⑧⑨ | G L T U | | | | | | |
| ○ Victim | ①②③④⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥⑦⑧⑨ | G L T U | | | | | | |

**PART III - PROPERTY**

| 59 | Codes | S = Stolen  E = Evidence  R = Recovered  F = Found | I = Impounded  V = Vehicle from which theft occurred  O = Other  D = Alleged drug type | L = Lost  P = Suspected proceeds of crime | a. Property Book & Page No. | b. Location of Property Book |

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| S | S.C. Driver's Lic | | | | | 1 | $7.00 | NEW | $7.00 |
| S | Assorted Clothing Items | | | | | MULT. | $1,000.00 | NEW | $1,000.00 |
| S | Registration | | | | | 1 | $7.00 | NEW | $7.00 |
| S | Cell Phone | | | | | 1 | $100.00 | UNK | $50.00 |
| S | US Currency | | | | | - | $3,000.00 | N/A | $3,000.00 |
| | | | | | | | **TOTAL VALUE ➔ $4,064.00** | | |

| 60 | VEHICLE INFORMATION | Vehicle operated/used by: ◉ Victim  ○ Suspect  ○ Victim's vehicle taken by suspect |
|---|---|---|

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| S | 2003 | Dodge | Caravan | Burg | VAN | [redacted] | [redacted] |

**PART IV - SUSPECT/MISSING PERSON INFORMATION** (Use narrative if additional space is needed.)

| 61 #1 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ◉ Suspect ○ Missing | ○ Asian ○ White ◉ Black ○ Latino/Hispanic ○ Other | ◉ Male ○ Female ○ Unknown | | | Slim | | |
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket: GREEN-HOOD | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: ○ Alcohol ○ Drug ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply):

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun | ○ Other firearm | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) | | | | | | |
| ○ Revolver ○ Semi-automatic | | ○ Blunt object ○ None | | | | | | |
| ○ Rifle ○ Automatic | | ○ Motor vehicle ○ Unknown | | | | | | |

| 62 #2 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Female ○ Unknown | | | | | |
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: ○ Alcohol ○ Drug ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply):

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun | ○ Other firearm | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) | | | | | | |
| ○ Revolver ○ Semi-automatic | | ○ Blunt object ○ None | | | | | | |
| ○ Rifle ○ Automatic | | ○ Motor vehicle ○ Unknown | | | | | | |

| 63 #3 | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ○ Suspect ○ Missing | ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Female ○ Unknown | | | | | |
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: ○ Alcohol ○ Drug ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply):

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun | ○ Other firearm | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) | | | | | | |
| ○ Revolver ○ Semi-automatic | | ○ Blunt object ○ None | | | | | | |
| ○ Rifle ○ Automatic | | ○ Motor vehicle ○ Unknown | | | | | | |

*Value of vehicles to be entered by Information Processing section     CCN _02C-317_     PAGE

**PART V - MISSING PERSONS**

| 64 | PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | 65 | COMPLAINT NUMBER 020817 |

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION ☐ Critical ☐ Non-critical | 68 CLASSIFIED BY: |

| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |

| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

C-1 REPORTS THAT AS SHE SAT INSIDE A TOUR BUS AT THE EVENT LOCATION, SHE OBSERVED S-1 GET OUT OF A GREEN TRUCK AND APPROACH C-1'S VEHICLE WHILE HOLDING AN UNKNOWN OBJECT IN HIS HANDS. C-1 STATED S-1 ENTERED HER VEHICLE WITHOUT HER PERMISSION AND DROVE OFF TRAVELING SOUTH ON 17th ST. NE.
C-1 ALSO STATED THAT THE REVERSE LISTED ARTICLES WERE INSIDE HER VEHICLE AT THE TIME IT WAS STOLEN.

| Item # | DESCRIPTION OF ITEM(S) | SERIAL # | COLOR | SIZE | QUANTITY | VALUE | AGE | MPD VALUE |
|---|---|---|---|---|---|---|---|---|
| 59 | DISTRICT TAG | DS634 | W/RED | REG | 1 | $25 | N/A | $25 |
| 5 | DISTRICT TAG | BH7673 | W/RED | REG | 1 | $25 | N/A | $25 |

SUB-TOTAL  $50
SUB-TOTAL  $4,064
GRAND-TOTAL  $4,114

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED DET. GOLDBERG, IC | 78 TELETYPE NOTIFIED (Name) MS THOMAS | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETY |

| 80 REPORTING OFFICER'S SIGNATURE HAREDES, A | ELEMENT 1S-D | 81 OTHER POLICE AGENCY ☐ USCP ☐ USSS ☐ METRO TRANSIT ☐ OTHER | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELE |

FAG