UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRON SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 05-1284 (CKK) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER</u>

Upon consideration of the defendant District of Columbia's motion to dismiss or in the

alternative for summary judgment, the memorandum of points and authorities in support thereof,

and any opposition thereto, it is by the Court this _____ day of _____, 2005,

ORDERED, that the defendant District of Columbia's motion to dismiss or in the

alternative for summary judgment is hereby GRANTED; and it is,

FURTHER ORDERED, that Counts V (assault and battery), VI (false arrest), VII

(defamation), and VIII (gross negligence) of the Complaint are DISMISSED.


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE