UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

STIPULATION OF PARTIAL DISMISSAL

By agreement of all parties who have appeared in this action, the plaintiff, through counsel, hereby voluntarily dismisses Counts V (assault and battery), VI (false arrest), and VII (defamation) of his Complaint.

Respectfully submitted,

Counsel for plaintiff:      ROBERT J. SPAGNOLETTI
                            Attorney General for the District of Columbia


/s/                                     GEORGE C. VALENTINE
Victor M. Glasberg, #927798             Deputy Attorney General, Civil Litigation Division
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314                    /s/ Holly M. Johnson /s/
(703) 684-1100 / Fax: 703-684-1104      HOLLY M. JOHNSON [476331]
vmg@robinhoodesq.com                    Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov
*Attorneys for Defendant District of Columbia*