UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

    With the consent of the plaintiff, the defendant District of Columbia, through counsel, hereby withdraws its motion to dismiss or in the alternative for summary judgment, filed on September 19, 2005. Defendant withdraws its motion based on the parties' stipulation of partial dismissal, filed concurrently herewith, and on additional documentation recently identified relevant to the motion's remaining arguments. In lieu of its original motion, defendant will promptly file a revised motion to dismiss or in the alternative for summary judgment.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Holly M. Johnson /s/
    HOLLY M. JOHNSON [476331]
    Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov
*Attorneys for Defendant District of Columbia*