V-958 Rev. 1/04

# METROPOLITAN POLICE DEPARTMENT
## Office of Internal Affairs
### *Complaint Summary Sheet*

| | |
|---|---|
| CS #: | 04 - 0274 |
| OIA CASE #: | |
| INTEL #: | |

**FIT**
**REFERRAL (Unit):**
**OIA INTAKE Agent:**
**EEO**

*Shaded Areas for Operations Staff Use Only*

Name: Davis, Kevin   Rank: Ofc   Element: 4D   Badge#: 4255   SSN: [redacted]   Race: B   Sex: M   Revoked?

Name:   Rank:   Element:   Badge#:   SSN:   Race:   Sex:   Revoked?

*Use additional CS Sheet(s) to add names, completing only relevant portions with additional information. Be sure to enter relevant CS number on all supplemental CS sheets used.*

Location of Incident: 62nd & Banks Place, NE

Date of Incident: 2/15/04    Time of Incident: 2:20pm

MPD Member First Receiving Complaint: Lt. Munk    Date Notified: 2/19/04

Type of Complaint: ☒ Citizen Complaint (PD-99)   ☐ Civil Action   ☐ DOMVI   ☐ Other _____
(Check all that apply)   ☐ Use of Force   ☐ Excessive Force   ☐ EEO

Name of Complainant(s)/Source(s): Darron Shaw

Complainant/Source Address: 2901 Argentina Place, Bowie, Md.

Complainant/Source Arrested?   Charge(s)     If Arrested, Complainant/Source: Race:   Sex:

Complainant Phone Numbers: Work:    Home:    Other:

OPR Member Receiving Complaint: Ms. Gibson    Date Rec'd: 2/19/04    Time Rec'd:

Unit Official Notifying OPR: Lt. Munk    Element: 6D    Phone Number: 7-4695

Allegation(s): Excess. Force/Police Brutality/Threats    Member(s) Arrested?   Charge(s):

SYNOPSIS: On 2/15/04, C-1 alleges standing and waiting for his mechanic at the above location, when several MPD Officers pulled up at the playground and rushed at C-1 plus (4) other guys. C-1 alleges that one of the Officers was not dressed in his uniform and he pointed and placed his gun to C-1's forehead. C-1 alleges that Officer Davis began to yell, scream and used profanity at him. C-1 alleges that Officer Davis then threw him to the ground, he began kicking and stomping him. C-1 further alleges that none of the other officers stopped Officer Davis brutality. C-1 also alleges that Officer Davis threaten to kill complainant.

Note: Officers Geer & Bernick (6D) were witnesses to the kicking and stomping of the complainant.

| UFIR Completed? | Date UFIR Completed: | UFIR Declination Date: | Reverse-Garrity Issued? |
|---|---|---|---|

INSTRUCTIONS: On ALL Use of Force Incidents, ascertain whether a Use of Force Incident Report (UFIR) was completed. If so, indicate "Y" and enter the date completed, and direct the notifying official to FAX a copy to FIT 202-576-7514 prior to being relieved from duty. If not, direct the notifying official to immediately contact a FIT official; who will approve or deny the issuance of Reverse-Garrity. Whether approved or denied, the notifying official shall then call back and notify the OIA agent accordingly, and obtain the CS numbers. If FIT denies issuance of Reverse-Garrity, instruct the official to prepare and forward a preliminary report to OPR, recommending USAO review.

Forwarded to: ☐ PCU1  ☐ PCU2  ☐ PCU3  ☐ PIU  ☐ EEO   Date:     CS Entry By: MS    Date: 2/20/04

Referral Approved By: _____    Date Assigned: 2/20/04

Intel Approved By:    Date Assigned:

Case Approved By:    Date Assigned:

Disposition:    Signature    Date:

| P.D. 99 Rev. 12/84 | METROPOLITAN POLICE DEPARTMENT Washington, D. C. CITIZEN COMPLAINT REPORT | 1. FID Control Number | 2. Date of Report |
|---|---|---|---|
| | | 3. Date of Occurrence | 4. District of Occurrence |
| | | 5. Complainant's Home Phone | 6. Complainant's Business Phone |

7. Complainant's Name — Last, First, Middle: **Shaw, Darron, Montego**
8. Complainant's Home Address: **2901 Argentina Pl. Bowie MD 20716**
9. Complainant's Business Address: **McConkey & Keene Beltsville MD**
10. Location of Incident: **62?? Banks Pl Wash D.C. WATTS**
11. Nature of Complaint: **Police Brutality**
12. Description of Complaint:

☞ NOTICE: Making of a False Statement is Punishable by Criminal Penalties (D.C. Code, Section 22-2614).

Next 5 pages

D.S

13. Complainant's Certification

I certify that, to the best of my knowledge and belief, the above information is true and correct.

*Darren Shaw* — Complainant's Signature

14. Report Received by —    Date/Time    15. FID Reviewer    16. CRD Reviewer

Darran Shaw
DS

1. On Sunday Feb 15, 2004 at about 2:12 p.m. I Left the Autozone on George Palmer Hwy purchasing a belt, windshield wiper blades and a steering wheel cover. I pulled up in front of The Watts Branch Rec Center at about 2:20 p.m. to meet a mechanic to install the belt on my car. I immediately got out of my car and install my windshield wiper blades. While saying Hello to Ms. Belk. Afterwards I walk about 40 feet where there were D.S were 4 other guys to conversate a bit while waiting on my car mechanic. At about 2:30 p.m. Two - Three squad cars rushed the scene.

D.S Immediately 4-6 officers hopped out & drew guns on me & the other 4 guys. At this point I remember Officer K. Davis, Dressed in a sweat shirt & jeans, making his way around the Grand Marquis station wagon I was leaning up against with his gun pointed at me yelling & screamin, "Put your damn hands up" repeatedly with rage in his voice. I immediately put my hands up as he made his way to me. That's when he put the barrell of his gun to my forehead and scream "Y'all like F___ing with old people huh!" (as he screamed this I could feel the spit

Damon Shaw
O.S.

2) from his mouth hit my face, I could feel his hands shaking thru the barrell of his gun. Then I responded in fear with my hands up and said "What are you talking about, I just pulled up." At this point he told me to shut the F___ up + hit me repeatedly in the face. As he was hitting me I asked "whats wrong, what did I do." He responded in while throwing me to the ground in mudo, "Shut the F___ up before I kill your ass." At this point I was afraid for my life because he still had the gun in his hand (Left). He stood over top of me + hit me (with h a few more times then stopped. When he stopp for about 5 seconds, I asked again, "What did I do." And again he screamed + yelled "Shut the F___ up + dragged me about 20 feet backwards. At this point I just balled up. Then he started kicking, stomping and hitting me in the back. At this point I started yelling in pain. As he stopped he screamed "Remember my face". Then he said "I'll lose my job today + kill you if she points you out." Then he got in the passenger seat of a squad car and he pulled of with the driving office

Quran Dhera
DS

3) As I was laying in mud breathing heavily in pain, feeling as if I was going to pass out any second, I noticed a few more squad cars + officers on the scene. I repeatedly asked if someone could call an ambulance. (Informing all the officers I couldn't breathe + my back + neck was in pain.) Thats when one Officer (?) put handcuffs on my wrist so tight my hands were numb. Again I asked if "someone could call an ambulance" repeatedly out loud. Thats when officer Green # 622 said to me "Don't nobody care about you, We'll call an ambulance once you pass out. Still breathing heavily in pain trying to catch my breath. I notice now there was a crowd of people watching from inside the Watts Rec. fence. DS At this time I yelled over to them, "could some call for help". I saw Chris (Christopher Gordon) DS standing in the crowd + asked him if he could call my parents from his cell phone. I yelled the number out to him + he called for m A few minutes later the ambulance arri Thats when one of the paramedics informed Officer NYGUEN that the handcuffs wer

Ramon Shaw
D.S

(4)

too tight for him to take my blood pressure. That's when Officer NYGUIEN let my left hand free + cuffed my right hand to the strecher. Officer NYGUIEN rode in the back of the ambulance with me as I was escorted to Greater South East Hospital. In the ambulance I asked officer NYGUIEN if I was being arrested. He responded by saying No. I asked him why am I hand cuffed. He said I was being detained. When I asked for what repeatedly, he wouldn't respond. When I asked why the officer beat me like that, again he wouldn't respond.

Thru out this whole incident not a officier did anything to stop this. I even witnessed myself as a few of them turned their backs as if they didn't see the beating. It seems to me the more Officer K. Davis beat me the more in raged he got.

I am very disappointed this happened to me. I would never have thought DoC police department would humiliate me by make me a victim of police brutality. I expect charges to be filed. K. Davis and every officer who allowed this to happen

Feb-20-04  04:03am  From-

Darran Shaw

D.S

5) Neither me nor the other 4 guys who were searched and laying in mud were arrested nor charged.

No one read any rights to me. After the beating, that is when I was frisk. (Before the ambulance arrived.) And again by Officers NYGUIEN & GREEN

They searched me so much afterwards I was afraid of them planting something on me.

Because I will pursue this. I now fear Police harrasement.