UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
|     Defendants. | ) ) |

## ORDER

Upon consideration of the defendant District of Columbia's revised motion to dismiss or in the alternative for summary judgment, the memorandum of points and authorities in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2005,

ORDERED, that the defendant District of Columbia's revised motion to dismiss or in the alternative for summary judgment is hereby GRANTED; and it is,

FURTHER ORDERED, that Count VIII (gross negligence) of the Complaint is DISMISSED.

 

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE