UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) |
|     Defendants. | ) |

### DECLARATION OF VICTOR M. GLASBERG

I, Victor M. Glasberg, counsel for the plaintiff herein, declare under penalty of perjury that in the event this court does not find that the exhibits filed thus far are sufficient to defeat defendants' pending summary judgment motion, I need to obtain discovery from the defendants on at least the following issues:

1. Counsel for the District of Columbia has confirmed that a criminal investigation (against some of the defendants) remains pending arising out of the assault giving rise to the complaint in this case. Such an investigation may have produced further reports which, if filed within six months of the attack, may satisfy D.C. Code §12-309.

2. Mr. Shaw's report itself may have produced further reports, such as reports from the police officer defendants regarding their use of force, which may satisfy D.C. Code § 12-309.

3. The defendant officers, or any other involved officers, may have produced reports of their activity in the ordinary course of business which may satisfy D.C. Code § 12-309.

4. The District's report, Exhibit A, may be shown to serve as sufficient notice for purposes of §12-309, given the uses to which it was in fact put.

None of this information will be available until discovery begins. This declaration is filed pursuant to *Fed.R.Civ.P.* 56(f) in light of the current unavailability of the above information.

Dated: October 11, 2005

Shaw\Pleadings\Dec-VMG

_____
Victor M. Glasberg

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Victor M. Glasberg, hereby certify that a true and accurate copy of plaintiff's Declaration of Victor M. Glasberg was mailed, first class, postage prepaid (or as stated below) on this 11th day of October 2005, to:

By mail and electronically:

Carl J. Schifferle, Assistant Attorney General
Attorney General's Office
441 Fourth Street, N.W., #600S
Washington, D.C. 20001

All others by mail:

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C. 20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

_____
Victor M. Glasberg, #16184
Paul Gowder, #70098
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Counsel for plaintiff