UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
|  | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

ORDER

Upon consideration of the defendant District of Columbia's motion to stay proceedings or, in the alternative, for a protective order staying discovery, the memorandum of points and authorities in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2005,

ORDERED, that the defendant District of Columbia's motion to stay proceedings is hereby GRANTED; and it is,

FURTHER ORDERED, that proceedings in this case are stayed until the conclusion of the U.S. Attorney's criminal investigation of the incident underlying this lawsuit; and it is,

FURTHER ORDERED, that the District of Columbia shall file a status report upon the conclusion of the criminal investigation, whether resulting in criminal charges or a letter of declination, or if no conclusion, every ninety (90) days from the entry of this Order; and it is,

FURTHER ORDERED, that plaintiff by motion may seek reconsideration of this stay at any time.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE