UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRON SHAW,                          )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )
                                      ) C.A. #1:05CV01284 (CKK)
THE DISTRICT OF COLUMBIA, *et al.*,   )
                                      )
    Defendants.                       )

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

    Plaintiff Darron Shaw, by counsel, moves for an enlargement of time through November 10, 2005, within which to respond to the motion of the defendant District of Columbia, received yesterday, for a stay of this suit for of discovery. Counsel is authorized to represent that counsel for the District (Mr. Schifferle) does not oppose this request. In support of this motion, plaintiff submits the accompanying memorandum and proposed order.

                                               Respectfully submitted,

                                               DARRON SHAW,

                                               By counsel

Dated: October 12, 2005

Counsel for plaintiff:

_____
Victor M. Glasberg, #927798
Paul Gowder
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Shaw\Pleadings\UNOPMoTime

<u>Certificate of Service</u>

I, Victor M. Glasberg, hereby certify that a true and accurate copy of the foregoing Unopposed Motion for Enlargement of Time was served as indicated below on this /2 day of October 2005, to:

<u>By mail and electronically:</u>

Carl J. Schifferle, Assistant Attorney General
Attorney General's Office
441 Fourth Street, N.W., #600S
Washington, D.C. 20001

<u>By mail:</u>

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C. 20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

_____
Victor M. Glasberg