UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Plaintiff Darron Shaw, by counsel, has moved for an enlargement of time through November 10, 2005, within which to respond to the motion of the defendant District of Columbia, received yesterday, for a stay of this suit or of discovery. Counsel is authorized to represent that counsel for the District (Mr. Schifferle) does not oppose this request. In support of this motion, plaintiff respectfully represents as follows:

Background

This is a civil rights lawsuit brought by the victim of alleged police abuse. Defendants include the District and five police officers who between them allegedly either beat Mr. Shaw or suffered him to be beaten by a colleague without lifting finger to help.

Mr. Shaw, who was innocent of any wrongdoing and not charged with any offense on the occasion at issue, filed a complaint with the police. This complaint resulted, eventually, in a criminal investigation directed at some or all of the police officers involved in the matter. This investigation remains pending today.

The District has filed a motion for a stay of proceedings, or of discovery, pending disposition of the criminal investigation.[1] Mr. Shaw, by counsel, seeks an enlargement of time to respond.

### Discussion

Mr. Shaw is represented by counsel comprising a two-lawyer firm. Counsel are in the final stages of preparation for a summary judgment motion scheduled to be heard October 21, 2005, to be followed (as counsel anticipate) by a trial beginning October 25. *Bradley v. Arlington County*, #05cv84-CMH (E.D. Va). The trial is expected to last two or three days. Counsel, who have virtually set aside all other work and been and will continue working overtime on the *Bradley* case through the trial, respectfully submit that they will be in a position to file an appropriate response to the District's motion if they are permitted to address it after the *Bradley* case is concluded, whereas doing this before will be extraordinarily difficult and prejudicial to both their clients Bradley and Shaw.

For these reasons, Mr. Shaw's motion for an enlargement of time should be granted. A proposed order is remitted herewith.

                                      Respectfully submitted,

                                      DARRON SHAW,

                                      By counsel

---

[1] The individual defendants are in the process of being served. At this writing, counsel has appeared only for the District.

Dated: October /2, 2005

Counsel for plaintiff:

_____
Victor M. Glasberg, #927798
Paul Gowder
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Shaw\Pleadings\MemUOPMTime

## Certificate of Service

I, Victor M. Glasberg, hereby certify that a true and accurate copy of the foregoing Memorandum in Support of Unopposed Motion for Enlargement of Time was served as indicated below, on this 12 day of October _____ 2005, to:

By mail and electronically:

Carl J. Schifferle, Assistant Attorney General
Attorney General's Office
441 Fourth Street, N.W., #600S
Washington, D.C. 20001

By mail:

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C. 20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

_____
Victor M. Glasberg