UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRON SHAW,                              )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         ) C.A. #1:05CV01284 (CKK)
THE DISTRICT OF COLUMBIA, *et al.*,      )
                                         )
        Defendants.                      )

## ORDER

On consideration of the uncontested motion of plaintiff Darron Shaw for an enlargement

of time through November 10, 2005, within which to respond to the motion of the defendant

District of Columbia for a stay of this suit or of discovery, it is hereby

Ordered that plaintiff's motion be, and it hereby is, granted.  Plaintiff shall file his

response to the motion to stay by November 10, 2005.

Dated:  October ___, 2005

Shaw\Pleadings\O-MTStyDisc

_____
United States District Judge

Copies to:

Carl Schifferle, Esq. (e-filing)
Victor M. Glasberg (e-filing)

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C.  20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C.  20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C.  20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C.  20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C.  20019