UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION TO DEEM ALL INDIVIDUAL DEFENDANTS SERVED, AND IN THE ALTERNATIVE FOR AN ORDER THAT DEFENDANT DISTRICT OF COLUMBIA REQUIRE ITS POLICE OFFICER DEFENDANTS TO ACCEPT SERVICE FOR AN EXTENSION OF TIME TO EFFECTUATE SERVICE, AND FOR AN ORDER REQUIRING SAID POLICE OFFICERS TO BEAR THE COSTS OF SERVICE

Plaintiff Darron Shaw, by counsel, moves for an order deeming all defendants served. In the alternative, Mr. Shaw moves for an order compelling defendant District of Columbia to require defendants Kevin Davis, Keith Green, Robert Underwood, and Minh Ngyuen – police officers employed by the District – to accept service in this case, and for an order granting him an extension of time within which to effect service. Mr. Shaw also moves for an order compelling these named defendants and also defendant Jonathan Geer to pay the costs of service on themselves.

In support of this motion, plaintiff submits the accompanying memorandum and proposed order.

                                              Respectfully submitted,

                                              DARRON SHAW,

                                              By counsel

Dated:   October 18, 2005

Counsel for plaintiff:

_/s/ Victor M. Glasberg_

Victor M. Glasberg, #927798
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Shaw\Pleadings\MotionService

<u>Certificate of Service</u>

I, Victor M. Glasberg, hereby certify that a true and accurate copy of the foregoing Plaintiff's Motion to Deem All Individual Defendants Served, and in the Alternative for an Order That Defendant District of Columbia Require its Police Officer Defendants to Accept Service for an Extension of Time to Effectuate Service, and for an Order Requiring Said Police Officers to Bear the Costs of Service, was served as indicated below, on this 18th day of October 2005, to:

<u>By mail and electronically</u>:

Carl J. Schifferle, Assistant Attorney General
Attorney General's Office
441 Fourth Street, N.W., #600S
Washington, D.C. 20001

<u>By mail</u>:

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C. 20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

_____
Victor M. Glasberg