UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

On consideration of Plaintiff's Motion to Deem All Individual Defendants Served, and in the Alternative for an Order That Defendant District of Columbia Require its Police Officer Defendants to Accept Service for An Extension of Time to Effectuate Service, and for an Order Requiring Said Police Officers to Bear the Costs of Service, and

The court finding that the individual defendants, who are law enforcement officers employed by defendant District of Columbia, without cause refused to accept substitute mail service of the complaint in this case, and without cause failed to cooperate in response to plaintiff's repeated attempts to have them personally served with the complaint in this case,

It is hereby ordered as follows:

1. All individual defendants are deemed served as of the date of the entry of this order.

2. The individual defendants herein are jointly and severally liable for the costs and fees attendant on plaintiff's service attempts and his motion giving rise to this order, in the total amount of $_____.

-2-

    3. Counsel for the District of Columbia will take appropriate steps to apprise each of the individual defendants of this order.

Entered: _____, 2005

Shaw\Pleadings\O-Service

United States District Judge

Copies to:

Victor M. Glasberg, counsel for plaintiff (by e-posting)
Carl Schifferle, counsel for the District of Columbia (by e-posting)

By mail:

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C. 20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019