AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER  1:05CV01284

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

Kevin Davis
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Victor M. Glasberg, Esq.
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 2 8 2005

CLERK

DATE

(By) DEPUTY CLERK

EXHIBIT
A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER  1:05CV01284

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

Keith Green
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor M. Glasberg, Esq.
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

JUN 2 8 2005

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER  1:05CV01284

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

Jonathan Geer
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Victor M. Glasberg, Esq.
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

JUN 2 8 2005

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER  1:05CV01284

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)
Robert Underwood
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor M. Glasberg, Esq.
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 2 8 2005

CLERK                                    DATE

_Mpreserd Heggins_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER  1:05CV01284

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

M. Ngyuen
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Victor M. Glasberg, Esq.
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 2 8 2005

CLERK                                                                  DATE

(BY) DEPUTY CLERK