### GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General



Carl J. Schifferle
Assistant Attorney General
Civil Litigation Division

September 12, 2005

Victor Michael Glasberg
Victor M. Glasberg and Associates
121 South Columbus Street
Alexandria, VA 22314

RE: **Darron Shaw v. The District of Columbia, et al.**
    **Civil Action #05-01284**

Dear Mr. Glasberg,

    In regards to the above civil action, I am writing this letter to inform you of the district addresses for the five individual defendants in this lawsuit. This information is being provided to assist your attempts to make proper service on these individual officers.

> Kevin Davis
> Metropolitan Police Department
> Third District Substation
> 750 Park Road, NW
> Washington, DC 20009
> (202)576-8222
>
> Keith Green
> Metropolitan Police Department
> Sixth District
> 100 42nd Street, NE
> Washington, DC 20019
> (202)727-4520
>
> Jonathan Geer
> Metropolitan Police Department
> Sixth District Substation
> 2701 Pennsylvania Avenue, SE
> Washington, DC 20019
> (202)698-2100

441 4th Street, N.W., Suite 6S064, Washington, D.C. 20001   (202) 724-6624   Fax (202

EXHIBIT
B

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, NE
Washington, DC 20019
(202)727-4520

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, NE
Washington, DC 20019
(202)727-4520

    At the appropriate district, the process server may inquire of the desk sergeant or other authorized official the hours when an individual officer will be on duty and when the officer will be reporting to the district. The desk sergeant will determine if the officer to be served is available, which is generally when an officer checks on or off duty at the beginning or end of his shift.

    If you have any questions, you may call me directly at (202)724-6624.

                                 Sincerely,

                                 ROBERT J. SPAGNOLETTI
                                 Attorney General for the District of Columbia

BY:    CARL J. SCHIFFERLE
        Assistant Attorney General