121 South Columbus Street  Alexandria VA 22314

Mr. [Robert] Under[wood]
Metropolitan Police Department
Sixth District
100[x] Street N.E.
Washington, D[C] 20019

Victor M. Glasberg & Associates ATTORNEYS

UNCLAIMED

CERTIFIED MAIL
7005 1160 0622 8076

UNITED WE STAND

UNITED STATES POSTAGE
SEP 15 '05
ALEXANDRIA VA 22314
PB 006810040
$1.96
0006751889621

Ret 10/5
NC 9/16

EXHIBIT
E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Robert Underwood
   Metropolitan Police Department
   Sixth District
   100 42nd Street, N.E.
   Washington, DC 20019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0002 0822 9076

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Minh ~~Nguyen~~
Metropoli~~tan Police Department~~
100 42nd S~~tr~~eet, N.E.
Washington, DC 20019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ~~———~~
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*
7005 1160 0002 0822 9083

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540