# INVOICE



**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
Phone: (703) 644-8571
Fax: (703) 644-8572
Tax Id #54-1656173

Inv. # 2005001285
10-13-2005

**VICTOR M. GLASBERG & ASSOCIATES**
121 S. Columbus St.
Alexandria VA 22314

Your Contact: DEBORAH
**Case Number: District of Columbia 1:05CV01284**

Plaintiff:
**DARRON SHAW**

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

Received: 10/6/2005     Completed: 10/12/2005
To be served on: GEER, JONATHAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Regular (out of the metro area) | 1.00 | 85.00 | 85.00 |
| WAITING/MULTIPLE ENDEAVOR | 1.50 | 85.00 | 127.50 |
| **TOTAL CHARGED:** | | | **$212.50** |
| **BALANCE DUE:** | | | **$212.50** |

INVOICES ARE DUE UPON RECEIPT
Please enclose a copy of this invoice with your payment. Thank you for your business.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

**EXHIBIT G**

# INVOICE

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
Phone: (703) 644-8571
Fax: (703) 644-8572
Tax Id #54-1656173

Inv. # 2005001284
10-17-2005

VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria VA 22314

Your Contact: DEBORAH
**Case Number: District of Columbia 1:05CV01284**

Plaintiff:
**DARRON SHAW**

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

Received: 10/6/2005    Completed: 10/14/2005
To be served on: DAVIS, KEVIN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Regular (out of the metro area) | 1.00 | 85.00 | 85.00 |
| Pick Up | 1.00 | 20.00 | 20.00 |
| MULTIPLE ENDEAVORS | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | **$190.00** |
| **BALANCE DUE:** | | | **$190.00** |

INVOICES ARE DUE UPON RECEIPT
Please enclose a copy of this invoice with your payment. Thank you for your business.

# INVOICE

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
Phone: (703) 644-8571
Fax: (703) 644-8572
Tax Id #54-1656173

Inv. # 2005001286
10-17-2005

VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria VA 22314

Your Contact: DEBORAH
**Case Number: District of Columbia 1:05CV01284**

Plaintiff:
**DARRON SHAW**

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

Received: 10/6/2005    Completed: 10/14/2005
To be served on: GREEN, KEITH

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Regular (out of the metro area) | 1.00 | 85.00 | 85.00 |
| MULTIPLE ENDEAVORS | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | $170.00 |
| **BALANCE DUE:** | | | $170.00 |

INVOICES ARE DUE UPON RECEIPT
Please enclose a copy of this invoice with your payment.  Thank you for your business.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# INVOICE

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA  22152
Phone: (703) 644-8571
Fax: (703) 644-8572
Tax Id #54-1656173

Inv. # 2005001288
10-17-2005

VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria VA 22314

Your Contact: DEBORAH
**Case Number: District of Columbia 1:05CV01284**

Plaintiff:
**DARRON SHAW**

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

Received: 10/6/2005    Completed: 10/14/2005
To be served on: UNDERWOOD, ROBERT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Regular (out of the metro area) | 1.00 | 85.00 | 85.00 |
| MULTIPLE ENDEAVORS | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | $170.00 |
| **BALANCE DUE:** | | | $170.00 |

INVOICES ARE DUE UPON RECEIPT
Please enclose a copy of this invoice with your payment.  Thank you for your business.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# INVOICE

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
Phone: (703) 644-8571
Fax: (703) 644-8572
Tax Id #54-1656173

Inv. # 2005001287
10-17-2005

**VICTOR M. GLASBERG & ASSOCIATES**
121 S. Columbus St.
Alexandria VA 22314

Your Contact: DEBORAH
**Case Number: District of Columbia 1:05CV01284**

Plaintiff:
**DARRON SHAW**

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

Received: 10/6/2005    Completed: 10/14/2005
To be served on: NGUYEN, MINH

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Regular (out of the metro area) | 1.00 | 85.00 | 85.00 |
| INTERIM REPORT ON CASE 10/12 | 1.00 | 70.00 | 70.00 |
| WAITING 10/14 | 0.50 | 85.00 | 42.50 |
| WAITING 10/11 | 0.50 | 85.00 | 42.50 |
| MULTIPLE ENDEAVORS | 1.00 | 85.00 | 85.00 |

**TOTAL CHARGED:** $325.00

**BALANCE DUE:** $325.00

INVOICES ARE DUE UPON RECEIPT
Please enclose a copy of this invoice with your payment. Thank you for your business.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j