# AFFIDAVIT OF SERVICE

District of Columbia                                                                                                    Us District Court

Case Number: 1:05CV01284

Plaintiff:
**DARRON SHAW**

vs.

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

For:
VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria, VA 22314

Received by ALLIANCE LEGAL SERVICES, INC. on the 6th day of October, 2005 at 1:09 pm to be served on **KEVIN DAVIS, METROPOLITAN POLICE DEPT., THIRD SUBSTATION (THIS ADDRESS IS ACTUALLY THE FOURTH DISTRICT SUBSATION) - 750 PARK RD., N.W., WASHINGTON, DC 20009.**

I, Emily Christensen, being duly sworn, depose and say that on the **14th day of October, 2005 at 3:23 pm**, I:

per the request of the attorney am returning documentation, **Summons in a Civil Case and Complaint** due to not being able to locate individual in order to serve documentation.

**Additional Information pertaining to this Service:**
10/06/2005 1:00PM, ALLIANCE LEGAL SERVICES STAFF MEMBER TINA EARMAN CALLED STATION AND SPOKE TO OFFICER WHITE, LEFT MESSAGE WITH OFFICER WHITE TO HAVE OFFICER DAVIS CALL ALLIANCE LEGAL SERVICES, HE WAS NOT IN THE STATION AT THAT TIME. NO RETURN CALL AS OF 10/12/2005 9:00AM
10/07/2005 12:01, ENDEAVOR AT FOURTH DISTRICT SUBSTATION, DESK SERGEANT REPORTED OFFICER DAVIS DID NOT REPORT IN THIS DAY. DAYS OFF POSSIBLY WED. & THUR.
10/11/2005, 1:00PM, ENDEAVOR AT STATION: PER DESK OFFICER: OFFICER DAVIS WAS OFF FOR THE DAY, EXPECTED IN TO WORK ON WEDNESDAY 10/12/2005 FOR 6A TO 2P. SERVER NOTED LAST COMMUNICATION ABOUT OFFICER DAVIS' SCHEDULE WAS THAT HE WAS OFF ON WEDNESDAY AND THURSDAY.
10/12/2005 8:45AM, PER MR. GLASBERG: THE ABOVE IS AN INTERIM SUMMARY OF THIS AGENCY'S EFFORTS TO PERSONALLY SERVE THIS INDIVIDUAL. OUR EFFORTS WILL CONTINUE
10/14/2005 1:30PM, ENDEAVOR AT STATION: PER FRONT DESK OFFICER (FEMALE, HISPANIC WITH BLEACHED HAIR) OFFICER DAVIS IS OUT IN THE FIELD ON ASSIGNMENT. CHECK OFF IS AT 2:30PM BUT IF HE IS STILL WORKING ON HIS ASSIGNMENT HE WILL NOT BE BACK FOR CHECK OFF.
10/14/2005 3:23PM, RETURN UNEXECUTED PER MR. GLASBERG. NO RETURN CALLS FROM OFFICER DAVIS AS OF THIS DATE AND TIME.

EXHIBIT
H

## AFFIDAVIT OF SERVICE for 1:05CV01284

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

*Emily S. Christensen* (signature)

**Emily Christensen**
Process Server

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA  22152
(703) 644-8571

Our Job Serial Number: 2005001284

Subscribed and Sworn to before me on the 17th day of October, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires 11/30/06

# AFFIDAVIT OF SERVICE

District of Columbia            Us District Court

Case Number: 1:05CV01284

Plaintiff:
**DARRON SHAW**

vs.

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

For:
VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria, VA 22314

Received by ALLIANCE LEGAL SERVICES, INC. on the 6th day of October, 2005 at 1:09 pm to be served on **ROBERT UNDERWOOD, METROPOLITAN POLICE DEPT, SIXTH SUBSTATION (SECTOR 2)- 2701 PENNSYLVANIA AVE., SE, WASHINGTON, DC 20019**.

I, Emily Christensen, being duly sworn, depose and say that on the **14th day of October, 2005 at 3:23 pm**, I:

per the request of the attorney am returning documentation, **Summons in a Civil Case and Complaint** due to not being able to locate individual in order to serve documentation.

**Additional Information pertaining to this Service:**
10/06/2005 1:02PM, CALL PLACED TO STATION BY ALLIANCE LEGAL SERVICES STAFF MEMBER TINA EARMAN, SPOKE TO OFFICER DOUGLAS AND LEFT MESSAGE FOR OFFICER UNDERWOOD TO CALL ALLIANCE LEGAL SERVICES. OFFICER DOUGLAS DID NOT KNOW OFFICER UNDERWOOD'S SCHEDULE BUT SAID HE WOULD LEAVE THE MESSAGE FOR HIM. NO CALLS RETURNED AS OF 10/12/2005 9:00AM.
10/07/2005 12:49PM, ENDEAVOR AT STATION: SERGEANT BELIEVED OFFICER UNDERWOOD WAS OFF ON SICK LEAVE, HE WAS NOT IN THE STATION BUT USUALLY ARRIVES ABOUT 1:30PM FOR 2:00PM ROLL CALL. UNSURE OF DAYS OFF.
10/11/2005 1:30PM, ENDEAVOR AT STATION:DESK OFFICER REPORTED HE WAS SCHEDULED TO WORK AT 3:00PM AND DAYS OFF ARE WEDNESDAY AND THURSDAY. SERVER HAD TIMED ARRIVAL BASED ON PREVIOUS INFORMATION THAT HE MAY BE AVAILABLE AT 1:30PM BEFORE ROLL CALL TIME AT 2:00PM
10/12/2005 8:45AM, PER MR. GLASBERG: THE ABOVE IS AN INTERIM SUMMARY OF THIS AGENCY'S EFFORTS TO PERSONALLY SERVE THIS INDIVIDUAL. OUR EFFORTS WILL CONTINUE.
10/14/2005, 3:09PM, ENDEAVOR AT STATION, DESK GERGEANT CHECKED FOR OFFICER UNDERWOOD THEN RETURNED TO REPORT HE IS "OUT ON INJURY", RETURN DATE UNKNOWN
10/14/2005 3:23PM, RETURN UNEXECUTED PER MR. GLASBERG. NO CALLS RETURNED BY OFFICER UNDERWOOD AS OF THIS DATE AND TIME.

## AFFIDAVIT OF SERVICE for 1:05CV01284

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

_Emily S. Christensen_

**Emily Christensen**
Process Server

Subscribed and Sworn to before me on the 17th day of October, 2005 by the affiant who is personally known to me.

_signature_
NOTARY PUBLIC

My Commission Expires __11/30/06__

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2005001288

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

District of Columbia

Us District Court

Case Number: 1:05CV01284

Plaintiff:
**DARRON SHAW**

vs.

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

For:
VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria, VA 22314

Received by ALLIANCE LEGAL SERVICES, INC. on the 6th day of October, 2005 at 1:09 pm to be served on **MINH NGUYEN, METROPOLITAN POLICE DEPARTMENT SIXTH DISTRICT, 100 42ND ST., NE, WASHINGTON, DC 20019.**

I, Emily Christensen, being duly sworn, depose and say that on the **14th day of October, 2005 at 3:23 pm, I:**

per the request of the attorney am returning documentation, **Summons in a Civil Case and Complaint** due to not being able to locate individual in order to serve documentation.

**Additional Information pertaining to this Service:**
10/06/2005 1:06PM, CALL TO STATION BY ALLIANCE LEGAL SERVICES STAFF MEMEBER TINA EARMAN, SPOKE TO SGT. CODWELL, OFFICER NGUYEN HAS NO VOICE MAIL, SHE TOOK MESSAGE TO HAVE OFFICER NGUYEN CALL ALLIANCE LEGAL SERVICES. NO CALL RETURNED AS OF 10/12/2005 9:00AM
10/07/2005 1:00PM, ENDEAVOR AT STATION: OFFICER NGUYEN NOT IN THE STATION AT THIS TIME. DAYS OFF ARE CUSTOMARILY SUN. & MON.
10/11/2005 1:40PM, ENDEAVOR AT STATION: DESK OFFICER C. ROYSTER REPORTED OFFICER NGUYEN WOULD BE IN BY 2:00PM ROLL CALL, WAITED UNTIL 2:05 (AFTER ROLL CALL HAD BEGUN), OFFICER NGUYEN NOT PRESENT.
10/12/2005 8:45AM, PER MR. GLASBERG: THE ABOVE IS AN INTERIM SUMMARY OF THIS AGENCY'S EFFORTS TO PERSONALLY SERVE THIS INDIVIDUAL. OUR EFFORTS WILL CONTINUE.
10/12/2005 2:00PM, ENDEAVOR AT STATION, OFFICER ENGLISH SAID OFFICER NGUYEN WAS NOT IN ROLL CALL THEREFORE HE WAS NOT IN.
10/14/2005 2:30PM, ENDEAVOR AT STATION, WAITED 1/2 HOUR WHILE DESK SERGEANT LOOKED FOR OFFICER NGUYEN WHOM HE HAD SAID WAS PRESENT. AFTER WAITING 1/2 HOUR DESK SERGEANT SAID HE HAD ALREADY LEFT THE STATION.
10/14/2005 3:23PM, RETURN UNEXECUTED PER MR. GLASBERG. NO RETURN CALLS FROM OFFICER NGUYEN AS OF THIS TIME AND DATE.

# AFFIDAVIT OF SERVICE for 1:05CV01284

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

*Emily S. Christensen*

**Emily Christensen**
Process Server

Subscribed and Sworn to before me on the 17th day of October, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires  1/30/06

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2005001287

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

District of Columbia

Us District Court

Case Number: 1:05CV01284

Plaintiff:
**DARRON SHAW**

vs.

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

For:
VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria, VA 22314

Received by ALLIANCE LEGAL SERVICES, INC. on the 6th day of October, 2005 at 1:09 pm to be served on **KEITH GREEN, METROPOLITAN POLICE DEPARTMENT SIXTH DISTRICT, 100 42ND ST., NE, WASHINGTON, DC 20019.**

I, Emily Christensen, being duly sworn, depose and say that on the **14th day of October, 2005 at 3:23 pm, I:**

per the request of the attorney am returning documentation, **Summons in a Civil Case and Complaint** due to not being able to locate individual in order to serve documentation.

**Additional Information pertaining to this Service:**
10/06/2005 1:06PM, CALLED 6TH DISTRICT STATION, SGT. CODWELL REFERRED TO ANOTHER PHONE NUMBER FOR THE AUTO THEFT UNIT. ALLIANCE LEGAL SERVICES STAFF MEMBER TINA EARMAN SPOKE TO OFFICER GREEN WHO REPORTED HE WOULD BE AT THE STATION 10/07/2005 AT 1:00 TO 2:00PM UNLESS A CAR WAS STOLEN WHICH REQUIRED HIS ATTENTION.
10/07/2005 1:00PM, ENDEAVOR AT THE ABOVE ADDRESS: SERGEANT REPORTED OFFICER GREEN WAS NOT IN THE STATION AT THAT TIME, ROLL CALL AT 2:00PM BUT UNKNOWN IF HE WOULD BE PRESENT. CUSTOMARY DAYS OFF ARE SUN. & MON.
10/11/2005 1:40PM, ENDEAVOR AT STATION, DESK OFFFICER C. ROYSTER REPORTED OFFICER GREEN WAS OFF THIS DAY.
10/12/2005 8:45AM, PER MR. GLASBERG: THE ABOVE IS AN INTERIM SUMMARY OF THIS AGENCY'S EFFORTS TO PERSONALL SERVE THIS INDIVIDUAL. OUR EFFORTS WILL CONTINUE.
10/12/2005 2:00PM, ENDEAVOR AT STATION: OFFICER ENGLISH REPORTED THAT OFFICER GREEN WAS NOT IN THE OFFICE, HE WENT TO THE AUTO THEFT UNIT ROOM TO PHYSICALLY CHECK TO CONFIRM OFFICER GREEN WAS NOT PRESENT.
10/14/2005 2:30 PM ENDEAVOR AT STATION, DESK SERGEANT SAID OFFICER GREEN WAS PRESENT THEN WAITED 1/2 HOUR WHILE HE LOOKED, RETURNED TO SAY OFFICER GREEN WAS NOT IN.
10/14/2005 3:23PM, RETURN UNEXECUTED PER MR. GLASBERG, NO CALLS RETURNED FROM OFFICER GREEN AS OF THIS TIME AND DATE.

## AFFIDAVIT OF SERVICE for 1:05CV01284

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

*Emily S. Christensen* (signature)

**Emily Christensen**
Process Server

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA  22152
(703) 644-8571

Subscribed and Sworn to before me on the 17th day of October, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires 11/30/06

Our Job Serial Number: 2005001286

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j