# Victor M. Glasberg

**From:** Victor M. Glasberg
**Sent:** Wednesday, October 12, 2005 9:04 AM
**To:** Carl Schifferle (E-mail)
**Subject:** servixce

Carl,

This is to advise you that the District's officers whom I have been attempting to serve are obstructing their receipt of service. It is one thing repeatedly to refuse service by mail. But my process server firm, which I have used for years and is knowledgeable and savvy about these matters, had been repeatedly unable to clear the hurdles erected by these jokers and their police buddies while attemting to effect personal service. This is notwithstanding our acting in complete accord with the protocol set forth in your letter to me explaining how best to effect service.

I have no doubt that it is unpleasant to be served (albeit probably less unpleasant than getting beaten and stomped), but I would think that as public servants and law enforcement officials, police officers would have a more professional take on these matters than to dodge service. I have been suing public officials including particularly police officers, for 30 years and have never encountered such difficulty.

While I realize that you do not represent the individual defendants, you do represent the entity that employs them. I hereby formally request that the District order these officers to make themselves available forthwith for efficient service of process, and provide me with clear direction as to how this may be accomplished forthwith. These repeated service efforts are costing my client money which he does not have. I do not propose to waste more of it, and I would just as soon educate the court as to the nature of the public servants who are defendants in this case.

I will be out of the office tomorrow for Yom Kippur. Kindly get back to me by close of business Friday in response to my request to confirm the District's agreement to my request. That failing, I will file a motion requesting just such relief from the court.

Be assured that I do not fault you or your office here. I know what the deal is, and it ain't you.

Thank you.

Vic

Victor M. Glasberg & Associates
121 South Columbus Street
Alexandria, VA 22314
703.684.1100
Fax 684.1104
vmg@robinhoodesq.com



EXHIBIT I