# Victor M. Glasberg

**From:** Victor M. Glasberg
**Sent:** Friday, October 14, 2005 9:31 AM
**To:** Carl Schifferle (E-mail)
**Subject:** service attempts



VIC_PDF194.pdf

Carl,

Attached is information attesting to the inabilty to serve the individual defendants, other than Greer who was served Oct. 12.

My server will follow instructions to the letter. I request that efficacious instructions be provided to me, and that the individuals be made immediately available for service in accordance with same. Since I will file any necessary motion on this matter before October 20 (given that I have a trial starting Oct 25, following a summary judgmemt hearing on the 21st), I solicit your and the department's very prompt resolution of this problem, the prompt communication to me of the terms of the resolution, and some sort of good faith commitment that the officers will follow through.

Thank you.

Vic

Victor M. Glasberg & Associates
121 South Columbus Street
Alexandria, VA 22314
703.684.1100
Fax 684.1104
vmg@robinhoodesq.com



EXHIBIT J

1