## Victor M. Glasberg

**From:** Victor M. Glasberg
**Sent:** Friday, October 14, 2005 9:26 PM
**To:** Schifferle, Carl (OAG)
**Subject:** RE: service attempts

Carl,

Right before leaving the office I was horrified to be called by the office manager for Alliance Process Servers and told that the bill to date in trying to serve the defendants is over $1,100. I told her to shut it down and to send me a letter confirming this. You will get it shortly (possibly in a motion; see below).

Greer has been served. No one else has been.

Please convey the following to whomever this should be conveyed: Either I receive written approval to serve the complaint by registered mail, RRR, to an address or addresses given to me for this purpose, and a promise to accept the service without further ado, or I am filing a motion with the court to complain about avoidance of service by DC's finest. My client cannot afford to spend a dime more on this nonsense (beyond the certified mail fee), and I do not propose to make more attempts, or to spend a dime more on a process server.

Kindly get back to me by Wednesday close of business with the requested addresses, or, alternatively, with advice that these will not be forthcoming. If I don't have the addresses by then, I'll file my motion.

Vic.

---

**From:** Schifferle, Carl (OAG) [mailto:carl.schifferle@dc.gov]
**Sent:** Fri 10/14/2005 10:46 AM
**To:** Victor M. Glasberg
**Subject:** RE: service attempts

Thank you. I have forwarded the information to my supervisor for her review.

Carl J. Schifferle
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
Suite 600 South
Washington, DC 20001
(202) 724-6624

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



EXHIBIT K

10/16/2005