<u>**AFFIDAVIT OF SERVICE**</u>

**District of Columbia**                                                                                       **Us District Court**

Case Number: 1:05CV01284

Plaintiff:
**DARRON SHAW**

vs.

Defendant:
**THE DISTRICT OF COLUMBIA, ET AL.**

For:
VICTOR M. GLASBERG & ASSOCIATES
121 S. Columbus St.
Alexandria, VA 22314

Received by ALLIANCE LEGAL SERVICES, INC. on the 6th day of October, 2005 at 1:09 pm to be served on **JONATHAN GEER, METROPOLITAN POLICE DEPARTMENT SIXTH DISTRICT, 100 42ND ST., NE, WASHINGTON, DC 20019**.

I, Emily Christensen, being duly sworn, depose and say that on the **12th day of October, 2005** at **2:30 pm, I:**

**Individually Served** the within named person with a true copy of each of the **Summons in a Civil Case and Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes. OFFICER JONATHAN GEER SERVED

**Additional Information pertaining to this Service:**
10/06/2005 1:06PM, CALL TO STATION BY ALLIANCE LEGAL SERVICES STAFF MEMBER TINA EARMAN, SPOKE TO SGT. CODWELL WHO REPORTED OFFICER GEER WAS EXPECTED TO BE IN THE STATION IN THE EVENING, SHE TOOK MESSAGE FOR OFFICER TO CALL ALLIANCE LEGAL SERVICES OFFICE. NO RETURNED CALLS AS OF 10/12/2005 9:00AM.
10/07/2005 1:00PM, ENDEAVOR AT STATION: OFFICER GEER NOT IN STATION, SHOULD BE WORKING IN EVENING, CUSTOMARY DAYS OFF ARE SUN. & MON.
10/11/2005 1:40PM, ENDEAVOR AT STATION: PER DESK OFFICER C. ROYLSTER OFFICER GREER WAS NOT IN.
10/12/2005 8:45AM, PER MR. GLASBERG: THE ABOVE IS AN INTERIM SUMMARY OF THIS AGENCY'S EFFORTS TO PERSONALLY SERVE THIS INDIVIDUAL. OUR EFFORTS WILL CONTINUE.
10/12/2005 2:00 PM, ARRIVED AT STATION, OFFICER ENGLISH SAID OFFICER GEER WAS IN ROLL CALL, WAITED 1/2 HOUR AND PERSONALLY SERVED OFFICER GEER AT 2:30PM AS HE EXITED THE ROLL CALL AREA.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

*Emily S. Christensen* (signature)

**Emily Christensen**
Process Server

Subscribed and Sworn to before me on the 13th day of October, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires 11/30/06

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2005001285

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER:   1:05CV01284

TO: (Name and address of Defendant)

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victor M. Glasberg
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                              OCT 4 - 2005

CLERK                                                                                         DATE

(By) DEPUTY CLERK