UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Victor M. Glasberg, hereby certify that a true and accurate copy of the foregoing Affidavit of Service (Geer), was served as indicated below, on this 26th day of October 2005, to:

Electronically:

Carl J. Schifferle, Assistant Attorney General
Attorney General's Office
441 Fourth Street, N.W., #600S
Washington, D.C. 20001

By mail:

Kevin Davis
Metropolitan Police Department
Third District Substation
750 Park Road, N.W.
Washington, D.C. 20009

Jonathan Geer
Metropolitan Police Department
Sixth District Substation
2701 Pennsylvania Avenue, S.E.
Washington, D.C. 20019

Keith Green
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Minh Nguyen
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

Robert Underwood
Metropolitan Police Department
Sixth District
100 42nd Street, N.E.
Washington, D.C. 20019

_____
Victor M. Glasberg, #927798
Paul Gowder
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
Shaw\Pleadings\GeerSvc-Cert

Counsel for plaintiff