UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

Upon consideration of the plaintiff's motion to deem all individual defendants served, etc., the memorandum of points and authorities in support thereof, and the defendant District of Columbia's response thereto, it is by the Court this _____ day of _____, 2005,

ORDERED, that the plaintiff's motion to deem all individual defendants served, etc. is hereby DENIED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE