UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRON SHAW, | : | |
| Plaintiff, | : | |
| v. | : | CV-05-1284 (CKK) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | : | |
| Defendants. | : | |

**DEFENDANTS JONATHAN GEER, KEITH GREEN, MINH NGUYEN AND ROBERT UNDERWOOD'S NOTICE OF JOINDER WITH DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO STAY PROCEEDINGS**

Defendants Jonathan Geer, Keith Green, Minh Nguyen and Robert Underwood ("Defendants"), by and through undersigned counsel, hereby notices this honorable Court of their joinder in the District of Columbia's Motion to Stay Proceedings, or in the Alternative, to Stay Discovery,[1] and in the District's Memorandum in Opposition to Plaintiff's Motion to Deem All Individual Defendants Served.[2] These Defendants respectfully request that any relief provided to the District on the bases of their filing be provided to these Defendants as well.

Respectfully submitted,

NADINE C. WILBURN
Assistant Deputy Attorney General
Civil Litigation Division


__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

---

[1] *See* Court Docket, #11.
[2] *See* Court Docket, 18. Plaintiff's Motion to Deem All Individual Defendants Served should be denied as moot.

      ___\s_____
      MICHAEL P. BRUCKHEIM [455192]
      Assistant Attorney General
      441 4TH Street, NW, 6th Floor-South
      Washington, D.C.  20001
      202-724-6649; 202-727-6295