UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendants. | Civil Action No. 05-1284 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 8th day of May, 2006, hereby

**ORDERED** that [8], [9] Defendant the District of Columbia's Revised Motion to Dismiss or, in the Alternative, for Summary Judgment with respect to Count VIII of Plaintiff's Complaint is DENIED.

**SO ORDERED**.

                                                                                                           /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge