UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRON SHAW,

    Plaintiff,

      v.

DISTRICT OF COLUMBIA,

    Defendants.

Civil Action No. 05-1284 (CKK)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 15th day of May, 2006, hereby

**ORDERED** that [13] Plaintiff's Motion to Deem All Individual Defendants Served, and in the Alternative for an Order that Defendant District of Columbia Require Its Police Officer Defendants to Accept Service, for an Extension of Time to Effectuate Service, and for an Order Requiring Said Police Officers to Bear the Costs of Service is GRANTED-IN-PART and DENIED-IN-PART.  Specifically, the Court shall grant Plaintiff's motion to the extent that it requests an extension of time to effectuate service; however, to the extent that Plaintiff's motion seeks other relief, the Court shall deny Plaintiff's motion.  It is further

**ORDERED** that Plaintiff shall have until June 30, 2005 to effectuate process against Defendant Kevin Davis or to seek an extension and/or extraordinary service remedy with this Court; should Plaintiff failed to serve Defendant Davis within this time, request an extension, or seek other

relief, the Court shall dismiss without prejudice Plaintiff's claims against Defendant Davis.

**SO ORDERED**.

                                                        /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge