UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1284 (CKK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

STATUS REPORT

Pursuant to this Court's order of May 8, 2006, the defendant District of Columbia, through counsel, provides this status report regarding the U.S. Attorney's Office investigation into the incident alleged in plaintiff's complaint. According to the U.S. Attorney's Office, a grand jury has been convened. The U.S. Attorney's Office expects to make a decision whether to prosecute within the next thirty days. At this time, no indictment has been announced and no decision has been made not to indict. As advised by the U.S. Attorney's Office, undersigned counsel will contact the Office in two weeks for further information. Undersigned counsel will file a supplemental status report once further relevant factual information is obtained.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

2