AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Darron Shaw

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia, et al.

CASE NUMBER:   1:05cv01284  (CKK)

TO: (Name and address of Defendant)

Kevin Davis
Office of the General Counsel
Metropolitan Police Department
300 Indiana Avenue, N.W., 4th Floor
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Victor M. Glasberg
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

5|4|06

CLERK

T. Davis

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5.9.06  12 noon |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert Sweeting | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

_____

☐ Returned unexecuted:

_____

☑ Other (specify): Substitute Service to Linda Folsom Secretary Authorized to Accept Service on behalf of Kevin Davis & Allin of Defendant Counsel Metropolitan Police Department, 300 Indiana Ave, N.E., Floor, Washington, DC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5.9.06
_____     _____
Date                         Signature of Server

Alliance Legal Services, Inc.
PO Box 523078
Springfield, VA 22152
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED

MAY 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT