UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARREN SHAW, | : |
| Plaintiff, | : |
| v. | : No. 1:05cv1284 (CKK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

NOTICE OF DEFENDANT KEVIN DAVIS JOINING IN THE DEFENDANT
DISTRICT OF COLUMBIA'S MOTION TO STAY PROCEEDINGS OR,
IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER STAYING DISCOVERY

Defendant Kevin Davis ("Defendant Davis"), by and through counsel, joins the District of Columbia's motion to stay proceedings or, in the alternative, for a protective order staying discovery. Defendant District of Columbia does not object to Defendant Davis joining in the District's motion.

Defendant Davis is the subject of a criminal investigation by the United States Attorneys' Office arising out of the incident that is alleged in this civil action. As the subject of a criminal investigation Defendant Davis should not be compelled to give any statement(s) that may result in a violation of his Fifth Amendment rights under the United States Constitution.

Therefore, Defendant Davis joins in the arguments set forth in the District's motion to stay proceedings or, in the alternative, for a protective order staying discovery and, requests that the motion be granted.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/Nicole L. Lynch/s/
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

2