UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SECOND STATUS REPORT

Pursuant to this Court's order of June 12, 2006, the defendant District of Columbia, through counsel, provides this second status report regarding the U.S. Attorney's Office investigation into the incident alleged in plaintiff's complaint. Since the filing of the first status report, the criminal investigation has been transferred to another Assistant United States Attorney, who is reviewing the file. Despite undersigned counsel's inquiries, the District has been unable to obtain any other relevant information regarding the investigation. In particular, the newly assigned Assistant United States Attorney was unable to provide any estimate of when the U.S. Attorney's Office expects to make a decision whether to prosecute. As suggested by the Assistant United States Attorney, undersigned counsel will contact her in approximately three weeks to see whether any more information is available. Undersigned counsel will file a supplemental status report once further relevant information is obtained.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General, Civil Litigation Division

2

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

2