UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Defendant District of Columbia, through counsel, respectfully moves for a three-day extension of time to file the status report directed by this Court's order of June 22, 2006. Plaintiff's counsel consents to the relief requested herein. In support of this motion, defendant states as follows:

1. On June 22, 2006, this Court ordered defendant District of Columbia to file another status report regarding the possible criminal prosecution of defendant Davis by Friday, July 7, 2006. This Court further ordered the District of Columbia to submit a Status Report every three weeks thereafter (i.e., on July 28, August 18,...) if the United States Attorney's Office continues to be unable to provide a definitive answer.

2. Undersigned counsel will be out of the office from July 3 through July 7, 2006, rendering him unable to provide the status report on July 7, 2006. Defendant therefore requests an additional three days thereafter to contact the U.S. Attorney's Office and file the status report. All other status report dates, on July 28, 2006, and every three weeks thereafter, shall remain in effect, as necessary.

3. Plaintiff's counsel consents to the relief requested herein.

4. The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

For the foregoing reasons, defendant District of Columbia respectfully requests an extension of three business days, through and including July 12, 2006, to file the status report directed by this Court's Order of June 22, 2006. A proposed order is attached hereto.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON [476331]
        Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov


LOCAL RULE 7(m) CERTIFICATE

Plaintiff's counsel consents to the relief requested herein.

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

1. Fed. R. Civ. P. 6(b).

2. The inherent authority of the Court.

3. The reasons stated in defendant District of Columbia's consent motion for extension of time to file status report.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

2