UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW,           Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>          Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-1284 (CKK)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the defendant District of Columbia's consent motion for extension of time to file status report, the memorandum of points and authorities in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED, defendant District of Columbia's consent motion for extension of time to file status report is hereby GRANTED; and it is,

FURTHER ORDERED, that the time for the District of Columbia to file its status report is extended from July 7, 2006, to July 12, 2006; and it is,

FURTHER ORDERED, that all other status report dates (July 28, 2006, and every three weeks thereafter) shall remain in effect.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE