UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRON SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1284 (CKK) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THIRD STATUS REPORT

Pursuant to this Court's Order of June 22, 2006, the defendant District of Columbia, through counsel, provides this third status report regarding the U.S. Attorney's Office investigation into the incident alleged in plaintiff's complaint.  Since the filing of the second status report, the criminal investigation has been transferred to a supervisor, Pat Stewart, in the U.S. Attorney's Office.  Upon undersigned counsel's inquiry, the U.S. Attorney's Office anticipates that a decision whether to prosecute will be made within the next ten to fourteen days.  The U.S. Attorney's Office will notify undersigned counsel once the decision is made.  Undersigned counsel will file a supplemental status report once further relevant information is obtained or, in any event, no later than July 28, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov