UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## FINAL STATUS REPORT

    Pursuant to this Court's Order of June 22, 2006, the defendant District of Columbia, through counsel, provides this final status report regarding the U.S. Attorney's Office investigation into the incident alleged in plaintiff's complaint. The U.S. Attorney's Office issued a letter of declination in this matter on July 24, 2006. The matter will therefore be referred to the Metropolitan Police Department for its administrative investigation.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

                                        /s/ Holly M. Johnson /s/
                                        HOLLY M. JOHNSON [476331]
                                        Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2