UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant District of Columbia, through counsel, respectfully moves to continue the initial scheduling conference currently set for September 11, 2006. Counsel for all other parties consent to the relief requested herein. In support of this motion, defendant states as follows:

1. Undersigned counsel has a conflict with the date set for the initial scheduling conference. On September 11, 2006, undersigned counsel has a deposition scheduled in another case that is expected to last most or all of the day.

2. Counsel for all other parties consent to the relief requested herein.

3. All counsel are available on the following proposed alternative dates for the initial scheduling conference: the afternoon of September 12, any time on September 18, the morning of September 19, and any time on September 20 and 21.

4. The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

For the foregoing reasons, defendant District of Columbia respectfully requests that this Court continue the initial scheduling conference currently set for September 11, 2006.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON [476331]
        Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  carl.schifferle@dc.gov


## LOCAL RULE 7(m) CERTIFICATE

Counsel for all other parties consent to the relief requested herein.


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

1. Fed. R. Civ. P. 6(b).

2. The inherent authority of the Court.

3. The reasons stated in defendant District of Columbia's consent motion to continue the initial scheduling conference.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
