UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

ORDER

Upon consideration of the defendant District of Columbia's consent motion to continue the initial scheduling conference, the memorandum of points and authorities in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED, defendant District of Columbia's consent motion to continue the initial scheduling conference is hereby GRANTED; and it is,

FURTHER ORDERED, that the initial scheduling conference date of September 11, 2006, is VACATED; and it is,

FURTHER ORDERED, that an initial scheduling conference shall be held on _____ _____, at _____.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE