UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3 and this Court's Order of August 3, 2006, plaintiff's counsel and defendants' counsel have conferred and hereby submit this joint report.

This is an action under the common law of the District of Columbia and the Fourth and Fifth Amendments of the United States Constitution. Plaintiff alleges that, on February 15, 2004, he was assaulted without cause by officers of the Metropolitan Police Department. Defendants deny all allegations of wrongdoing.

The parties also address the topics in Rule 16.3(c) as follows:

    1.    <u>Dispositive Motions</u>: This Court denied a motion to dismiss filed by the District of Columbia. Defendants believe this case may be disposed of by summary judgment motion after the close of discovery.

    2.    <u>Joinder of Parties and Amendment of Pleadings</u>: The parties propose that the deadline for joinder of parties or amendment of pleadings be thirty days from the entry of a scheduling order.

    3.    <u>Magistrate Judge</u>: The parties do not wish to have this case assigned to a magistrate for all purposes.

4.  <u>Settlement</u>:  There does not appear to be a realistic possibility of settlement at this time.

5.  <u>Alternative Dispute Resolution</u>:  The parties might benefit from mediation upon the conclusion of discovery and resolution of any dispositive motions.

6.  <u>Summary Judgment</u>:  The parties request thirty (30) days after the close of discovery to file any dispositive motions; thirty (30) days thereafter for oppositions; and fifteen (15) days thereafter for replies.

7.  <u>Initial Disclosures</u>:  The parties have agreed to serve initial Rule 26(a)(1) disclosures within thirty (30) days from the entry of a scheduling order.

8.  <u>Discovery</u>:  The parties agree to the standard limit of twenty-five (25) interrogatories per requesting party to another party, and ten (10) depositions per side.  The parties also request that written discovery requests be submitted no later than 120 days from the entry of a scheduling order, and that all discovery be completed within 180 days from the entry of a scheduling order.

9.  <u>Experts</u>:  The parties propose that plaintiff's expert disclosures be served no later than 120 days from the entry of a scheduling order, and that defendants' expert disclosures be served within thirty (30) days thereafter.

10.  <u>Class Actions</u>:  Not applicable.

11.  <u>Bifurcation</u>:  Defendants believe that bifurcation of trial is appropriate, reserving the constitutional claim against the District of Columbia for a later phase.  The District of Columbia also believes that similar bifurcation of discovery may also be appropriate.  Plaintiff opposes any form of bifurcation.

12.  <u>Pretrial Conference</u>:  The parties request that the Court schedule a pretrial conference to follow the resolution of any dispositive motions.

13. <u>Trial</u>:  The parties request that a trial date be set at the pretrial conference.

14. <u>Other Matters</u>:  The parties note for scheduling purposes that, following a letter of declination from the U.S. Attorney's Office, the Metropolitan Police Department has begun an administrative investigation of the subject matter of this lawsuit.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROBERT J. SPAGNOLETTI<br>Attorney General for the District of Columbia |
| /s/ Victor M. Glasberg /s/<br>Victor M. Glasberg<br>121 S. Columbus Street<br>Alexandria, VA 22314<br>(703) 684-1100 / Fax: (703) 684-1104<br>vmg@robinhoodesq.com<br>*Attorney for Plaintiff* | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/ Holly M. Johnson /s/<br>HOLLY M. JOHNSON [476331]<br>Chief, General Litigation Section III<br><br>/s/ Carl J. Schifferle /s/<br>CARL J. SCHIFFERLE [463491]<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6624<br>(202) 727-3625 (fax)<br>Email:  carl.schifferle@dc.gov<br>*Attorneys for Defendant District of Columbia* |
|  | NADINE C. WILBURN<br>Assistant Deputy Attorney General<br>Civil Litigation Division<br><br>/s/ Patricia A. Jones /s/<br>PATRICIA A. JONES [428132]<br>Chief, General Litigation Sec. IV<br><br>/s/ Michael P. Bruckheim /s/<br>MICHAEL P. BRUCKHEIM [455192]<br>Assistant Attorney General<br>Suite 600S |

441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6649
(202) 727-3625 (fax)
*Attorneys for Defendants Keith Green, Jonathan Geer, Robert Underwood, and Minh Nguyen*


EUGENE A. ADAMS
Chief Deputy Attorney General for the District of Columbia

/s/ Nicole L. Lynch /s/
NICOLE L. LYNCH [471953]
Chief, General Litigation Section II

/s/ David A. Jackson /s/
DAVID A. JACKSON
Assistant Attorney General [471535]
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6618
(202) 727-3625 (fax)
*Attorneys for Defendant Kevin Davis*