UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRON SHAW,                                    )
                                               )
                Plaintiff,                     )
                                               )
        v.                                     )  Civil Action No. 05-1284 (CKK)
                                               )
DISTRICT OF COLUMBIA, *et al.*,                )
                                               )
                Defendants.                    )
_____    )

<u>SCHEDULING ORDER</u>

        Upon consideration of the Joint Meet and Confer Statement and the entire record herein,

it is by the Court this _____ day of_____, 2006,

        ORDERED, that the following deadlines are set in this matter, calculated from the date of

entry of this Order:

| | |
|---|---|
| Amendment of Pleadings | 30 days |
| Rule 26(a)(1) Initial Disclosures | 30 days |
| Deadline for Written Discovery Requests | 120 days |
| Plaintiff's Expert Disclosures | 120 days |
| Defendant's Expert Disclosures | 150 days |
| All Discovery Closed | 180 days |
| Deadline for Filing Motions | 210 days |
| Deadline for Oppositions | 240 days |
| Deadline for Replies | 265 days |

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge