UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>　　Defendants. | Civil Action No. 05-1284 (CKK) |

**ORDER**

In accordance with the proceedings held on the record at an initial scheduling conference held on September 12, 2006, it appears to the Court that all parties have consented to mediation.

Accordingly, it is this 12th day of September, 2006, hereby

**ORDERED** that this case is referred to Magistrate Judge Alan Kay for mediation; it is further

**ORDERED** that counsel and parties, including persons with settlement authority attend mediation; and it is further

**ORDERED** that mediation efforts shall extend from September 12, 2006 through November 30, 2006; it is further

**ORDERED** that should the parties fail to resolve this case through their pre-discovery mediation efforts, a status conference in this case shall be set for Friday, December 1, 2006 at

1:30 p.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge

cc:     Magistrate Judge Kay