UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRON SHAW,                                )
                                            )
    Plaintiff,                              )
                                            )
v.                                          )
                                            ) C.A. #1:05CV01284 (CKK)
THE DISTRICT OF COLUMBIA, *et al.*,         )
                                            )
    Defendants.                             )

## MOTION TO WITHDRAW AS COUNSEL

Paul Gowder, formerly with the firm of Victor M. Glasberg & Associates, respectfully moves for leave to withdraw as counsel for plaintiff. Mr. Gowder, who has recently exchanged the practice of law for academic pursuits, will not be participating in the case further. Victor M. Glasberg of the same firm remains counsel of record.

The undersigned is authorized to represent that opposing counsel do not oppose the entry of this order. A proposed order is submitted herewith.

                                                  Respectfully submitted,

                                                  DARRON SHAW,

                                                  By counsel

Dated:   September 25, 2006

Counsel for plaintiff:

_____
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Shaw\Pleadings\MWDraw-Gowder

<u>Certificate of Service</u>

    I, Victor M. Glasberg, hereby certify that on this 25th day of September 2006, a true and accurate copy of the foregoing Motion to Withdraw as Counsel was filed electronically with the clerk of the court, which will send electronic notice of said filing to counsel of record.

_____
Victor M. Glasberg