UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRON SHAW,                )
                            )
    Plaintiff,          )
                            )
v.                          )
                            ) C.A. #1:05CV01284 (CKK)
THE DISTRICT OF COLUMBIA, *et al.*, )
                            )
    Defendants.         )

## ORDER

On consideration of Paul Gowder's Motion for leave to withdraw as counsel for plaintiff, it is hereby

Ordered that Mr. Gowder is granted leave to withdraw.

Dated: _____          _____
Shaw\Pleadings\OMWDraw-Gowder                    United States District Court Judge