UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. #1:05CV01284 (CKK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Darron Shaw, by counsel, gives notice that he accepts the offer of judgment of the District of Columbia in the amount of $35,000, which offer is attached hereto. Pursuant to *Fed.R.Civ.P.* 68, the clerk is requested to enter judgment for Mr. Shaw against the District of Columbia in said amount.

Respectfully submitted,

DARRON SHAW,

By counsel

Dated:   October 31, 2006

Counsel for plaintiff:

_____
Victor M. Glasberg, #927798
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Shaw\Pleadings\NAccpOJudg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## OFFER OF JUDGMENT

The District of Columbia, by and through counsel, hereby submits this offer of judgment to plaintiff, pursuant to Federal Rule of Civil Procedure 68. Under Rule 68,

> At any time more than 10 days before the trial begins, a party defending against a claim may serve upon the adverse party an offer to allow judgment to be taken against the defending party for the money or property or to the effect specified in the offer, with costs then accrued. . . . An offer not accepted shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs. If the judgment finally obtained by the offeree is not more favorable than the offer, the offeree must pay the costs incurred after the making of the offer.

In accordance with Rule 68, the District of Columbia hereby offers to allow judgment to be taken against it in this action, for all claims alleged by plaintiff, in a total amount of $35,000 (Thirty-Five Thousand Dollars), which is inclusive of all damages, costs and attorneys' fees. This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed as an admission either that any defendant is liable in this action or that plaintiff has suffered any damages. By accepting this offer of judgment, a plaintiff agrees to release and discharge the District of Columbia and its employees and agents, including all other defendants, from all

claims in this action. This offer of judgment is contingent upon written notice of acceptance by plaintiff within ten (10) days after the service of this offer.

Each of the following are also express and material terms of this offer of judgment: (1) the District of Columbia denies culpability and/or liability for or upon any and all claims asserted by plaintiff; (2) this offer of judgment, if accepted, is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity; (3) this offer of judgment, if accepted, may not be docketed, recorded, or reported for any purpose against any defendant other than the District of Columbia.

This offer is made on this 16th day of October, 2006, more than ten days before trial since no trial date has been set, as required by Rule 68.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_/s/ Kimberly M. Johnson_
KIMBERLY MATTHEWS JOHNSON [435163]
Chief, General Litigation Section I

_/s/ Carl J. Schifferle_
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Offer of Judgment was sent by mail on this 16th day of October, 2006, to:

Victor Michael Glasberg
Victor M. Glasberg and Associates
121 South Columbus Street
Alexandria, VA 22314

_____
CARL J. SCHIFFERLE
Assistant Attorney General

### Certificate of Service

      I, Victor M. Glasberg, hereby certify that on this 31st day of October 2006, a true and accurate copy of the foregoing Notice of Acceptance of Offer of Judgment, with Offer of Judgment attached, was filed electronically with the clerk of the court, who will send electronic notice of said filing to counsel of record.

                                                                                             Victor M. Glasberg