UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the above Court will please show that all claims against Defendants Kevin Davis, Keith Green, Jonathan Geer, Robert Underwood, and Minh Nguyen in the above-captioned matter are dismissed with prejudice.

                                    Respectfully submitted,

                                    EUGENE A. ADAMS
                                    Interim Attorney General for the District of Columbia

/s/ Victor M. Glasberg /s/            GEORGE C. VALENTINE
Victor M. Glasberg                    Deputy Attorney General, Civil Litigation Division
121 S. Columbus Street
Alexandria, VA 22314                  KIMBERLY MATTHEWS JOHNSON [435163]
(703) 684-1100 / Fax: (703) 684-1104  Chief, General Litigation Section I
vmg@robinhoodesq.com
*Attorney for Plaintiff*

                                    /s/ Carl J. Schifferle /s/
                                    CARL J. SCHIFFERLE [463491]
                                    Assistant Attorney General
                                    Suite 600S
                                    441 Fourth Street, N.W.
                                    Washington, D.C. 20001
                                    (202) 724-6624
                                    (202) 727-3625 (fax)
                                    Email: carl.schifferle@dc.gov

*Attorneys for Defendant District of Columbia*

NADINE C. WILBURN
Assistant Deputy Attorney General
Civil Litigation Division

PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim /s/
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6649
(202) 727-3625 (fax)
*Attorneys for Defendants Keith Green, Jonathan Geer, Robert Underwood, and Minh Nguyen*

NICOLE L. LYNCH [471953]
Chief, General Litigation Section II

/s/ David A. Jackson /s/
DAVID A. JACKSON
Assistant Attorney General [471535]
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6618
(202) 727-3625 (fax)
*Attorneys for Defendant Kevin Davis*