UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRON SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1284 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL

The Clerk of the Court will please dismiss this action with prejudice by agreement of all parties who have appeared in this action.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

/s/ Victor M. Glasberg /s/
Victor M. Glasberg
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: (703) 684-1104
vmg@robinhoodesq.com
*Attorney for Plaintiff*

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

KIMBERLY MATTHEWS JOHNSON [435163]
Chief, General Litigation Section I

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
*Attorneys for Defendant District of Columbia*

NADINE C. WILBURN
Assistant Deputy Attorney General
Civil Litigation Division

PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim /s/
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6649
(202) 727-3625 (fax)
*Attorneys for Defendants Keith Green, Jonathan Geer, Robert Underwood, and Minh Nguyen*



NICOLE L. LYNCH [471953]
Chief, General Litigation Section II

/s/ David A. Jackson /s/
DAVID A. JACKSON
Assistant Attorney General [471535]
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6618
(202) 727-3625 (fax)
*Attorneys for Defendant Kevin Davis*